**Affirmed and Opinion Filed October 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00710-CV

## IN THE INTEREST OF T.N.A., ET AL., CHILDREN.

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 12-1094-W-304

## MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Stoddart
Opinion by Justice FitzGerald

The Texas Department of Family and Protective Services filed suit to terminate the parental rights of appellant T.D.A. with respect to her seven children. During the litigation, appellant signed a mediated settlement agreement in which she agreed to the termination of her parental rights. After a hearing, the trial judge signed a decree terminating appellant's parental rights.

Appellant appealed, and counsel was appointed to represent her on appeal. Appellate counsel then filed an *Anders*[1] brief and a motion to withdraw, averring that the appeal is wholly without merit and is frivolous. The *Anders* brief presents a professional evaluation of the record

---

[1] *Anders v. California*, 386 U.S. 738 (1967). The *Anders* procedure applies in termination of parental rights cases. *In re D.D.*, 279 S.W.3d 849, 850 (Tex. App.—Dallas 2009, pet. denied).

showing why, in effect, there are no arguable grounds to advance.[2]  Counsel certified that she had delivered a copy of the brief to appellant and informed appellant of her right to review the record and file a response.  Appellant filed a one-page letter response.

We have reviewed the record, the *Anders* brief, and appellant's response.[3]  We agree with counsel's assessment that the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment and grant counsel's motion to withdraw.

140710F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

---

[2] *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978).

[3] *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF: T.N.A., ET AL., CHILDREN

No. 05-14-00710-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 12-1094-W-304.
Opinion delivered by Justice FitzGerald.
Justices O'Neill and Stoddart participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered October 17, 2014.